ACCEPTED
12-15-00084-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/6/2015 11:55:28 AM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/6/2015 11:55:28 AM

CATHY S. LUSK
Clerk

July 2, 2015

Twelfth Court of Appeals
ATTN: Cathy Lusk
1517 West Front Street
Suite 354
Tyler, Texas 75702

      RE:   *Arron McLarey v. State of Texas*
              Appeal Number: 12-15-00084-CR

Dear Mrs. Lusk:

I certify that I have complied with Texas Rule of Appellate Procedure 48.4 in this matter. If you have any questions, please feel free to contact me at any time.

Thank you for your attention in this matter. It is greatly appreciated.

Sincerely,

James W. Huggler, Jr.

JWH:ag

CC:   Client

      Mike West
      Smith County District Attorney's Office

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7013 2630 0000 4405 3262

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.

■

■

1. Article Addressed to:

ARROW McLAOY
TDCJ 01993349
MOORE UNIT
1700 N FM 87
BONHAM, TX 71418

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]   ☑ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
BROWN   6/29/15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7013 2630 0000 4405 3262

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540